IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                      Plaintiff,         )<br>                                                          )<br>           vs.                                        )<br>                                                          )<br>FRED P. CAPPELLANO,                )<br>                                                          )<br>                      Defendant.     ) | Case No. 8:05CR302<br><br>**AMENDED<br>SCHEDULING ORDER** |

**IT IS ORDERED** that the following is set for hearing on **Monday, September 12, 2005 at 2:30 p.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Initial Appearance/Arraignment on Indictment and Plea

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of August 2005.

                                                   BY THE COURT:

                                                   s/ F. A. Gossett
                                                   United States Magistrate Judge