IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:05CR302 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED** |
| ) | **SCHEDULING ORDER** |
| FRED P. CAPPELLANO, ) | |
| ) | |
| Defendant. ) | |

UPON THE JOINT ORAL MOTION of the parties,

**IT IS ORDERED** that the following is rescheduled for hearing on **September 21, 2005 at 2:00 p.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Initial Appearance and Arraignment

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 9th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge