IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR302 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **FRED P. CAPPELLANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the Court's motion,

IT IS ORDERED that the sentencing hearing in this matter, currently scheduled for Monday, December 12, 2005, at 10:00 a.m., has been rescheduled to **Wednesday, January 4, 2006, at 3:00 p.m.,** before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge